THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Cornelius
 Crawford, Appellant.
 
 
 

Appeal From York County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2008-UP-408
 Submitted July 1, 2008  Filed July 18,
2008   

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Eric
 Crawford appeals his guilty plea and sentence, arguing his sentence is
 unconstitutionally disproportionate.  Crawford also filed a pro se brief, in which he argues he did not understand some questions asked by the
 trial judge during the guilty plea hearing.  After a thorough review of the record, counsels brief, and Crawfords pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Crawfords appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.